UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD GALKA,

        Plaintiff,                       Case No. 12-cv-10634
                                         HON. GEORGE CARAM STEEH

vs.


UNITED STATES DEPARTMENT
OF AGRICULTURE, RURAL
DEVELOPMENT AGENCY,

        Defendant.

_____/

## JUDGMENT

      The above entitled matter has come before the court, and in accordance with the order entered on this date;

      IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant and against plaintiff.

      SO ORDERED.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY: s/Marcia Beauchemin
                                                            DEPUTY COURT CLERK

Dated: May 29, 2012